Petition for Writ of
Mandamus Dismissed and Memorandum Opinion filed May 17, 2011.

 

            

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00386-CV

____________

 

IN RE DAVID JAMES, Relator

 

 

 



ORIGINAL PROCEEDING

WRIT OF MANDAMUS

281st District Court

Harris County, Texas

Trial Court No. 2008-76278

 

 

 



MEMORANDUM
OPINION

            On May 3, 2011, Relator, David James, filed a petition for
writ of mandamus in this Court.  See Tex. Gov’t Code Ann §22.221 (Vernon
2004); see also Tex. R. App. P. 52.1.  Relator requests we compel the
District Clerk of Harris County, Texas, Chris Daniel, to provide him with a
copy of the clerk’s record in his appeal before this court, Appeal No.
14-10-1055-CV.[1]

            This Court’s mandamus jurisdiction is governed by section
22.221 of the Texas Government Code.  Section 22.221 expressly limits the
mandamus jurisdiction of the courts of appeals to:  (1) writs against a
district court judge or county court judge in the court of appeals’ district,
and (2) all writs necessary to enforce the court of appeals' jurisdiction. 
Tex. Gov’t Code Ann. § 22.221 (Vernon 2004).  Because the petition for writ of
mandamus is directed toward a district clerk and is not necessary to enforce
this court’s jurisdiction, we have no jurisdiction.  See Tex. Gov’t Code
Ann. § 22.221(b)(1).

            Accordingly, the petition for writ of mandamus is ordered
dismissed.

                                                            PER
CURIAM

 

Panel
consists of Justices Anderson, Brown, and Christopher.

 









[1]
The clerk’s record has been filed in this court.